UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| O'NEIL J. DARDEN, JR. | CASE NO.  6:22-CV-00404 LEAD |
| VERSUS | JUDGE ROBERT R. SUMMERHAYS |
| ROBERT C. VINES, ET AL. | MAGISTRATE JUDGE DAVID J. AYO |

## JUDGMENT

After an independent review of the record, for the reasons stated in the Report and Recommendation ("R&R") of the Magistrate Judge [ECF No. 43], determining that the findings are correct, and having considered Plaintiff's objections thereto [ECF No. 49],

IT IS ORDERED, ADJUDGED AND DECREED that the Motion to Dismiss filed by Defendants Robert Vines and M. Bofill Duhé [ECF No. 24] is GRANTED pursuant to Fed. R. Civ. P. 12(b)(6), and all claims against Defendants Robert Vines and M. Bofill Duhé are DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that Defendants' Motion to Strike References to Plaintiff's Proposed First Amended Complaint [ECF No. 63] is DENIED as moot.

THUS DONE AND SIGNED, in chambers, in Lafayette, Louisiana, on this 21st day of September, 2023.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE