UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **O'NEIL J. DARDEN, JR.** | **CASE NO.  6:22-CV-00404 LEAD** |
| | **CASE NO. 6:22-CV-1398 MEMBER** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **ROBERT C. VINES, ET AL.** | **MAGISTRATE JUDGE DAVID J. AYO** |

## FINAL JUDGMENT

For the reasons set forth in the Ruling issued this date,

IT IS HEREBY ORDERED that the Report and Recommendation issued by the Magistrate Judge [ECF No. 107] is ADOPTED, as MODIFIED by the Court's Ruling.

IT IS FURTHER ORDERED that the Order striking the Burgess' Affidavit [ECF No. 41] is VACATED.

IT IS FURTHER ORDERED that the Motion to Dismiss filed by April Wyatt, Melissa Darden, John Paul Darden, Jacob Darden, Toby Darden and Jacqueline Junca [ECF No. 95] is GRANTED to the extent it seeks dismissal of Darden's claims based upon sovereign immunity, and all claims against the forgoing Defendants in the Lead and Member Cases are DISMISSED WITHOUT PREJUDICE. In all other aspects, the motion is denied.

IT IS FURTHER ORDERED that the Objections of Robert C. Vines are SUSTAINED, as all claims against Robert C. Vines were previously dismissed WITH PREJUDICE.

IT IS FURTHER ORDERED that the Order of Consolidation [ECF No. 30] is VACATED.

IT IS FURTHER ORDERED that the Motion to Stay Remand of Civil Action No. 6:22-1398 [ECF No. 110] is GRANTED, and an order of remand in Case No. 6:22-cv-1398 will be STAYED pending resolution of any appeal filed in either the Lead or Member Case. Alternatively,

if no appeal is lodged, remand will be STAYED pending the expiration of the deadline for filing a notice of appeal.

IT IS FURTHER ORDERED that the Motion to Strike Notice of Supplemental Authority [ECF No. 119] is DENIED as MOOT.

THUS DONE in Chambers on this 26th day of September, 2025.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE